UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIMOTHY HERNANDEZ, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED<br><br>vs<br><br>HIP HOP CLOSET INC<br><br>*Plaintiff*<br><br>*Defendant* | N<br>COURT DATE & TIME: AT<br>INDEX #: 1:23-CV-09003-CBA-CLP<br>DATE FILED: 12/07/2023<br>Job #: 584517<br>Client File#<br><br>STEIN SAKS, PLLC<br>ONE UNIVERSITY PLAZA<br>SUITE 620<br>HACKENSACK, NJ 07601 |

CLIENT'S FILE NO.:                                              **AFFIDAVIT OF SERVICE UPON A CORPORATION**

STATE OF NEW YORK: COUNTY OF NASSAU ss:

I, EDDIE RIVERA, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the State of New York.

That on 12/28/2023 at 1:48 PM at 141 FLUSHING AVE BLDG 77 Suite 607, BROOKLYN, NY 11205, deponent served the within SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL

by personally delivering to and leaving with BETTY "DOE" for HIP HOP CLOSET INC, a true copy thereof, and that deponent knew the person so served to be the AUTHORIZED PARTY/Managing Agent and stated (s)he was authorized to accept legal papers for the corporation.

Said documents were conformed with index number and date of filing endorsed thereon.

A description of the person served on behalf of the defendant is as follows:
**Approx Age**: 22 - 35 Yrs., **Approx Weight**: 100-130 Lbs., **Approx Height**: 5' 4" - 5' 8", **Sex**: Female, **Approx Skin**: White, **Approx Hair**: Blonde/Brown
Other: REFUSED TO GIVE LAST NAME.

Sworn to before me on 12/29/23
EUGENE SOKOLOV #01SO0000204
Notary Public State of New York
RICHMOND County, Commission Expires 02/02/2027



EDDIE RIVERA
2067151

SUPREME JUDICIAL SERVICES, INC. 371 MERRICK ROAD - ROCKVILLE CENTRE, N.Y. 11570 LIC# 1092373